**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANDRA GREER,

       Plaintiff,                             Case No. 06-12192
                                                    Hon. Marianne O. Battani

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Plaintiff Sandra Greer brings this action challenging the final decision of the Commissioner denying her application for Disability Insurance Benefits under Title II of the Social Security Act. The case was referred to Magistrate Judge Steven D. Pepe pursuant to 28 U.S.C. § 636(b)(1). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated April 30, 2007, Magistrate Judge Pepe recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted.

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within ten (10) days of service" and that a party's failure to file objections would waive any further right of appeal. Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, and **GRANTS**

Defendant's Motion for Summary Judgment. Plaintiff's Complaint is **DISMISSED** in its entirety.

      **IT IS SO ORDERED.**

                                      s/Marianne O. Battani
                                          MARIANNE O. BATTANI
                                      UNITED STATES DISTRICT JUDGE

DATE: May 29, 2007

**CERTIFICATE OF SERVICE**

A copy of this Order was e-filed and/or mailed to counsel of record on this date.

                                        s/Bernadette M. Thebolt
                                        Deputy Clerk